PETER J. CLERIHEW, Respondent, *v.* HENRY W. SHARPLESS
et al., Appellants.

*Clerihew* v. *Sharpless,* 77 Hun, 611, affirmed.
(Argued April 29, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered April
19, 1894, which affirmed a judgment in favor of plaintiff
entered upon a decision of the court on trial at Circuit with-
out a jury.

*Charles J. Hardy* for appellants.

*John B. Pannes* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

BENJAMIN W. JONES, Respondent, *v.* HENRY J. NEWTON,
Appellant.

*Jones* v. *Newton,* 79 Hun, 436, affirmed.
(Argued April 29, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the
Supreme Court in the first judicial department, entered upon
an order made July 13, 1894, which affirmed a judgment in
favor of plaintiff entered upon a verdict directed by the court,
and also affirmed an order denying defendant's motion to set
aside the verdict.

*E. H. Benn* for appellant.

*William L. Snyder* for respondent.

Judgment affirmed, with costs on opinion below.
All concur, except BARTLETT, J., not voting.